IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Petitioner,<br><br>     v.<br><br>FRANCISCA DE OCHOA,<br><br>                          Respondent. | CASE NO.   1:23-cv-01325-EPG<br><br>**ORDER REQUIRING PROOF OF SERVICE**<br><br>(ECF No. 4). |

     This action concerns a petition to enforce a summons served by the Internal Revenue Service on Francisca De Ochoa. (ECF No. 1). On September 13, 2023, this Court issued an order setting a show cause hearing for November 1, 2023. (ECF No. 4). Among other things, the order required Petitioner to serve a copy of the order and petition at least 30 days before the hearing. Further, the Court required proof of service to be filed "as soon as practicable." To date, Petitioner has filed no proof of service.

     Given the importance of Respondent being properly served, the length of time that has passed since the Court issued its order, and the soon approaching date of the show cause hearing, the Court will set a specific deadline for Petitioner to file proof of service.

     Accordingly, IT IS ORDERED that Petitioner shall file proof of service in compliance with the Court's September 13, 2023 order by no later than October 27, 2023. Failure to do so may result in the vacatur of the show cause hearing set for November 1, 2023.

IT IS SO ORDERED.

Dated:   **October 24, 2023**                                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1